■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESEAN COOPER, Appellant. [669 NYS2d 115] —Judgment unanimously affirmed (*see, People v Coleman* [appeal No. 1], 219 AD2d 827; *People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Violation of Probation.) Present—Denman, P. J., Green, Callahan, Balio and Fallon, JJ.

■ In the Matter of WALLACE NOLEN, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [669 NYS2d 116] —Petition unanimously dismissed without costs (*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Green, Callahan, Balio and Fallon, JJ.

■ In the Matter of WESLEY McDANIEL, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [669 NYS2d 115] —Determination unanimously confirmed without costs and petition dismissed (*see, Matter of Lahey v Kelly*, 71 NY2d 135, 143; *Matter of Holmes v Coughlin*, 182 AD2d 1121, 1122). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Green, Callahan, Balio and Fallon, JJ.